UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>Chief United States District Judge<br>Fresno, California | RE: **Efrain Alvarez-Lopez**<br>**Docket Number: 1:15CR00254**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Efrain Alvarez-Lopez is requesting permission to travel to Tijuana, Mexico. Efrain Alvarez-Lopez is current with all supervision obligations and the probation officer recommends approval be granted. This offender commenced supervision on May 8, 2015, and is scheduled to expire from supervised release on May 7, 2018.

**Conviction and Sentencing Date:** On May 23, 2014, Efrain Alvarez-Lopez was sentenced for the offense(s) of 21 U.S.C § 952 and 960, Importation of Methamphetamine.

**Sentence Imposed:** He was originally sentenced to 24 months in the Bureau of Prisons and 36 months supervised release in the Southern District of California. Transfer of Jurisdiction was accepted by Your Honor on September 23, 2015.

**Dates and Mode of Travel:** Mr. Alvarez has requested travel for a three-day period in the month of February 2018. He is awaiting the Court's reply prior to setting a date of travel. He indicated he will travel round trip via Greyhound Bus from Corcoran, California to Tijuana, Mexico.

**Purpose:** Mr. Alvarez indicated he is requesting travel to visit his family. He stated he has younger half siblings and extended family that live in Tijuana, Mexico.

**RE: Efrain Alvarez-Lopez**
**Docket Number: 1:15CR00307-LJO**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Yasmin Villegas

**YASMIN VILLEGAS**
Sr. United States Probation Officer

Dated:  February 14, 2018
  Visalia, California
  YV

　　　　　　　　　/s/ Lonnie E. Stockton
**REVIEWED BY:   LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒  Approved   ☐  Disapproved

IT IS SO ORDERED.

Dated:  **February 14, 2018**　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE